### U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Federal Insurance Company<br>v.<br>Jim Tallian, an individual, et al. | FILED: AUGUST 21, 2008<br>08CV4779<br>JUDGE COAR<br>MAGISTRATE JUDGE SCHENKIER<br>BR |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Federal Insurance Company

| NAME (Type or print) |
|---|
| Jennifer Jerit Johnson |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Jennifer Jerit Johnson |

| FIRM |
|---|
| Tressler, Soderstrom, Maloney & Priess, LLP |

| STREET ADDRESS |
|---|
| 233 South Wacker Drive, 22nd Floor |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60606-6399 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6190518 | (312) 627-4000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐