## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Federal Insurance Company
v.
Jim Tallian, an individual, et al.

Case Number:
FILED: AUGUST 21, 2008
08CV4779
JUDGE COAR
MAGISTRATE JUDGE SCHENKIER
BR

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Federal Insurance Company

---

| Field | Value |
|---|---|
| NAME (Type or print) | Colleen M. Costello |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Colleen M. Costello |
| FIRM | Tressler, Soderstrom, Maloney & Priess, LLP |
| STREET ADDRESS | 233 South Wacker Drive, 22nd Floor |
| CITY/STATE/ZIP | Chicago, Illinois 60606-6399 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6274745 |
| TELEPHONE NUMBER | (312) 627-4000 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ✓   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ✓

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ✓

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ✓

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐