UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Federal Insurance Company,<br><br>    Plaintiff,<br><br>v.<br><br>JIM TALLIAN, an individual; TJ MORROW, an individual; DANIEL ALVARADO, an individual; MANUEL LEWIS; an individual; RICHARD FARR, an individual; TONY JOHNSON, an individual; JEFFREY MARLIN, an individual; PATRICIA MASTERSON, an individual; MILDA PRANINSKAS, an individual; ESMEE JOHANNES, an individual; SHEILA ALECKSON, an individual; ANDREA SHAFFER, an individual; LESLIE FULLERTON and NICOLA FULLERTON, individually and as representatives of the Estate of Natalie Fullerton; KATIE ABRAMS, an individual; LEONARD OLLEARIS, an individual; HOME INFUSION SOLUTIONS., INC., a corporation; HDM, d/b/a HOME INFUSION SOLUTIONS, INC., a corporation; RUSH HOME INFUSION SOLUTIONS, a corporation; HEALTH DELIVERY MANAGEMENT, LLC, d/b/a HDM, a limited liability company; SIERRA PREFILLED, INC., a corporation; RUSH UNIVERSITY MEDICAL CENTER, a corporation; AM2PAT, INC., a corporation d/b/a Salient Health Care, Inc.; DORIS WICKMAN, M.D., an individual; DIMITRE BARDE, an individual; RICHARD HOLLIDAY, an individual; DONALD RITCHEY, an individual; LILY SHEEHAN and JAMES SHEEHAN, as parents and next friends of Caden Sheehan, a minor; LOREN PETER, an individual; HOWARD CAMPBELL, as personal representative of the Estate of Helen R. Campbell; AMBIENT HEALTHCARE, INC., a corporation; AMBIENT HEALTHCARE OF WEST FLORIDA, a corporation; KYLE PACHEO, an individual; GEORGE EDWARD TANGUAY, JR., an individual; and DOES 1-50.<br><br>    Defendants. | Civil Action<br>Case No.<br><br>FILED: AUGUST 21, 2008<br>08CV4779<br>JUDGE COAR<br>MAGISTRATE JUDGE SCHENKIER<br>BR |

### PLAINTIFF FEDERAL INSURANCE COMPANY'S
### CORPORATE DISCLOSURE STATEMENT

Now comes the Plaintiff, Federal Insurance Company ("Federal"), a non-governmental corporate party, by and through counsel, Tressler, Soderstrom, Maloney & Priess, LLP, and pursuant to Fed.R.Civ.P. 7.1(a) and Local Rule 3.2 of the United States District Court for the Northern District of Illinois, states as follows:

Federal is 100% owned by The Chubb Corporation, a holding company. The Chubb Corporation is a publicly traded company on the New York Stock Exchange.

Dated: August 20, 2008

By: /s/Jennifer J. Johnson
One of the Attorneys for
Plaintiff, Federal Insurance Company

Jennifer J. Johnson
Colleen M. Costello
Counsel for Plaintiff, Federal Insurance Company
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000

### CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2008 a true and correct copy of Plaintiff Federal Insurance Company's Corporate Disclosure Statement was submitted to the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division using the Court's Electronic Filing System.

By: /s/Jennifer J. Johnson
One of the Attorneys for
Plaintiff, Federal Insurance Company

Jennifer J. Johnson
Colleen M. Costello
Counsel for Plaintiff, Federal Insurance Company
TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000